```
Neil E. Schwartz, Bar No. 215002
730 21st Street
Bakersfield, CA 93301
(661) 326-1122 Telephone
(661) 748-1929 Facsimile
nschwartz@bakersfieldbankruptcy.com E-mail

Attorney for Debtor
Rogelio Valencia
```

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>**Rogelio Valencia,**<br><br>Debtor | Case No: 2019-14645<br>Docket Control No.: NES-002<br>Chapter 13<br><br>Date: January 28, 2021<br>Time: 9:30 A.M.<br>Place: 2500 Tulare Street<br>Courtroom 11, Fifth Floor<br>Fresno, CA<br><br>Judge: Hon. Jennifer E. Niemann |

## EXHIBITS IN SUPPORT OF APPLICATION FOR PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 USC §331

EXHIBIT "A"    NARRATIVE

EXHIBIT "B"    ITEMIZED TIME ENTRY BY DATE & ITEMIZED COSTS


DATED: December 30, 2020

Respectfully Submitted,
THE LAW OFFICES OF NEIL E. SCHWARTZ

_____
Neil E. Schwartz
Attorney for Debtors

-1-

## Narrative

### Background:

This case was filed in response to a need for the debtors to have structured payments to pay unsecured creditors.

### Economy

In this case, the plan was filed at the time of the bankruptcy schedules. As a result, the plan was served by the Bankruptcy Noticing Center at no cost to the debtor.

### Claims

All filed claims have been reviewed.

### Case Information

The case was confirmed on March 3, 2020.

### Summary

I ask the Court to allow total attorney fees and costs of $10,318.00. In light of the pre-petition retainer of $2,500.00, I request $7,818.00, be payable through the plan.

Valencia #2019-14645



# Law Offices of Neil E. Schwartz
**ATTORNEY AT LAW**
730 21st Street, Bakersfield CA 93301
Phone: (661) 326-1122  Fax: (661) 748-1929

---

Account Statement

Prepared for Rogelio Valencia

Re: Chapter 13

| | |
|---|---|
| Previous Invoice Amount | $0.00 |
| Last Payment Received | $0.00 |
| Previous Balance | ($2,500.00) |
| Current Charges | $10,318.00 |
| Total Due | $7,818.00 |

Rogelio Valencia

Invoice Date: December 29, 2020
Invoice Number: Pre-bill
Invoice Amount: $10,318.00

## Matter: Chapter 13

**Attorney's Fees**

| Date | Description | | | |
|---|---|---|---|---|
| 10/30/2019 | Consultation | N.S. | 1.00 | $300.00 |
| 10/30/2019 | Open File | P.1. | .50 | $62.50 |
| 10/30/2019 | Documents Scanned & Linked | P.1. | 1.00 | $125.00 |
| 10/30/2019 | Means Test Reviewed | N.S. | .80 | $240.00 |
| 10/30/2019 | Prepare Bankruptcy and Calculate Plan | N.S. | 2.50 | $750.00 |
| 10/30/2019 | Review/ Signing Bankruptcy with Client | N.S. | 1.00 | $300.00 |
| 10/31/2019 | Telephone Call RE: Documents Needed | N.S. | .60 | $180.00 |
| 11/2/2019 | Final Review of Bankruptcy & Filing | N.S. | 2.00 | $600.00 |
| 11/18/2019 | Stop Foreclosure Sale | P.1. | 2.30 | $287.50 |
| 11/19/2019 | E-Mail to Client RE: Payment Methods | N.S. | .50 | $150.00 |
| 12/10/2019 | Organize & Upload 521 Trustee Documents | N.S. | 1.00 | $300.00 |
| 12/17/2019 | 341 Meeting of Creditors | N.S. | 1.30 | $390.00 |
| 12/20/2019 | Follow-up on Documents Requested for Trustee | N.S. | .50 | $150.00 |
| 12/23/2019 | Review Trustee's Objection to Confirmation of Plan | N.S. | 1.40 | $420.00 |
| 12/23/2019 | Telephone Call with Client Regarding Objection | N.S. | 1.00 | $300.00 |
| 12/30/2019 | Filed Financial Management Course | N.S. | .60 | $180.00 |
| 1/2/2020 | E-Mail to Trustee's Office | N.S. | .70 | $210.00 |
| 1/2/2020 | Prepare & File Response to Objection | N.S. | 1.60 | $480.00 |
| 1/2/2020 | Prepare and File Amendment of Schedules I and J | N.S. | .80 | $240.00 |
| 1/2/2020 | Submit Requested Documents to Trustee | N.S. | .60 | $180.00 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 1/9/2020 | Re-Calculate Plan | N.S. | 1.70 | $510.00 |
| 1/9/2020 | Review of Revised Plan with Client | N.S. | 1.20 | $360.00 |
| 1/9/2020 | Prepare and File Motion to Confirm First Modified Plan | N.S. | 1.70 | $510.00 |
| 3/3/2020 | Approve Order Confirming Plan | N.S. | .90 | $270.00 |
| 5/8/2020 | Text with Client RE: Payments | N.S. | .70 | $210.00 |
| 6/18/2020 | Claim Administration | N.S. | 1.00 | $300.00 |
| 10/31/2020 | Texts with Client RE: Plan | N.S. | .80 | $240.00 |
| 11/6/2020 | Telephone Call with Mortgage Company | N.S. | .70 | $210.00 |
| 11/9/2020 | Mailed and Faxed Authorization Letter to Mortgage Company | N.S. | .70 | $210.00 |
| 12/9/2020 | Telephone Call with Client | N.S. | .80 | $240.00 |
| 12/28/2020 | Fee App | N.S. | 2.50 | $750.00 |
| 12/29/2020 | Telephone Call with Client RE: Fee App | N.S. | .60 | $180.00 |
| SUBTOTAL: | | | 35.00 | $9,835.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 10/30/2019 | Credit Counseling and Debtor Education | $50.00 |
| 10/30/2019 | Credit Report | $28.00 |
| 11/2/2019 | Filing Fee | $310.00 |
| 12/17/2019 | Court Call | $22.50 |
| 1/2/2020 | Postage/Stamps | $50.00 |
| 2/26/2020 | Court Call | $22.50 |
| SUBTOTAL: | | $483.00 |

TOTAL: $10,318.00
PREVIOUS BALANCE (CREDIT): ($2,500.00)
CURRENT BALANCE DUE AND OWING: $7,818.00